UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

----------------------------------------------------------------X
                                   :

SARAH SMITH,                         :     **Case No.: 2:15-cv-00788-UA-MRM**
                                   :

             Plaintiff,     :

      v.                       :
                                   :
PROG   LEASING   LLC   d/b/a   PROGRESSIVE:
LEASING,                           :
                                   :
            Defendants     :
                                   :
                                   :
                                   :
                                   :
                                   :
----------------------------------------------------------------X

## JOINT STIPULATION TO COMPEL ARBITRATION AND STAY CASE

Plaintiff, Sarah Smith, and Defendant Prog Leasing LLC d/b/a Progressive Leasing ("Prog Leasing"), by their undersigned counsel, jointly move to compel arbitration and stay this matter pending arbitration as the account agreement between the parties contains an arbitration provision that covers the scope of this dispute.

Dated:  March 22nd, 2016

/s/Frank H. Kerney, III                         /s/ Justin Angelo
Frank H. Kerney III                            Justin Angelo
fkerney@forthepeople.com                  angeloj@ballardspahr.com
Florida Bar No.: 0338620                   Florida Bar No.: 820741
One Tampa City Center                     Ballard Spahr LLP
201 North Franklin Street, 7th Floor       919 3rd Avenue
Tampa, FL 33602                          New York, NY 10128
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 22<u>nd</u>, 2016, a true and correct copy of the foregoing was served via the CM/ECF system on Frank H. Kerney III**,** Morgan & Morgan, P.A., One Tampa City Center, 201 North Franklin Street, 7th Floor, Tampa, Florida, 33602.

*/s/ Justin Angelo*
Justin Angelo