UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARAH SMITH,

      Plaintiff,

v.                                                  Case No:   2:15-cv-788-FtM-99MRM

PROG LEASING, L.L.C.,

      Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Sarah Smith and Defendant Prog Leasing, LLC's Joint Stipulation to Compel Arbitration and Stay Case (Doc. #21) filed on March 22, 2016.  The parties jointly move to compel arbitration and stay this case pending arbitration as the account agreement between them contains an arbitration provision that covers the scope of this dispute.  As a result, the Court grants the parties' request to arbitrate and stay this case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Sarah Smith and Defendant Prog Leasing, LLC's Joint Stipulation to Compel Arbitration and Stay Case (Doc. #21) is **GRANTED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) All proceedings in this action are **STAYED** until notification by the parties that arbitration has been completed and that the stay is due to be lifted, or the case is due to be dismissed.  The parties shall notify the Court of such matters within **seven (7) days** of the conclusion of the arbitration proceedings.

(3) The parties are **DIRECTED** to file a joint written status report regarding the status of arbitration on or before **June 21, 2016**, and every ninety (90) days until the conclusion of the arbitration proceedings.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of March, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record